IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SAINT JOSEPH DIVISION

| | |
|---|---|
| **SABRINA LOUTHAIN, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE MISSOURI GAMING COMPANY, LLC,**<br><br>**Defendant.** | Case No. 5:24-cv-06060-BP |

**PLAINTIFF'S NOTICE OF FILING
FULLY EXECUTED ADDENDUM TO SETTLEMENT AGREEMENT**

On May 3, 2024, the Court entered its Order Directing Plaintiff to Provide Supplemental Briefing to Support Her Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 10). On May 24, 2024, Plaintiff filed her Supplemental Suggestions in Support of Unopposed Motion to Direct Class Notice and Preliminarily Approve Class Action Settlement (Doc. 13). Attached to that Motion as Exhibit 1 was the parties' proposed First Addendum to Class and Collective Action Settlement Agreement (Doc. 13-1). The fully executed First Addendum to Class and Collective Action Settlement Agreement is attached to this Notice as **Exhibit 1**.

Dated: June 13, 2024		Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:	(816) 714-7100
Facsimile:	(816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone:	(816) 781-0002
Facsimile:	(816) 781-1984
ryan@mcclellandlawfirm.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2024, the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

/s/ *Alexander T. Ricke*

**COUNSEL FOR PLAINTIFF**