IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SAINT JOSEPH DIVISION

| | |
|---|---|
| SABRINA LOUTHAIN, on behalf of herself and all others similarly situated,<br><br>                 **Plaintiff,**<br><br>v.<br><br>THE MISSOURI GAMING COMPANY, LLC,<br><br>                 **Defendant.** | Case No. 24-06060-CV-SJ-BP |

**PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff respectfully submits this motion for final approval of a class and collective action settlement pursuant to Federal Rule of Civil Procedure 23(e) and 29 U.S.C. § 216(b). Defendant does not oppose this motion.

In support of this motion, Plaintiff submits Suggestions in Support, which includes the Declaration of Alexander T. Ricke (Class Counsel) and the Stueve Siegel Hanson LLP Firm Resume (Ex. 1 to the Ricke Declaration). Plaintiff also submits a motion to award attorneys' fees, expenses to Class Counsel and a service award to Plaintiff contemporaneous with the filing of this motion.

For the reasons further described in the accompanying brief, this Court should grant Plaintiff's motion, approve the Settlement Agreement as fair, reasonable, and adequate under Rule 23(e), award Class Counsel attorneys' fees and expenses as requested, approve the service award as requested, and direct the parties to carry out the terms of the Settlement Agreement. Class Counsel will submit a Proposed Order Granting Final Approval of Class Action Settlement for the

Court's consideration to the Court's Chambers via e-mail in connection with the final approval hearing.

Dated: September 27, 2024　　　　　Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:　(816) 714-7100
Facsimile:　(816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone:　(816) 781-0002
Facsimile:　(816) 781-1984
ryan@mcclellandlawfirm.com

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

　　The undersigned certifies that on September 27, 2024, the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Alexander T. Ricke*

　　　　　　　　　　　　　　　　　　**CLASS COUNSEL**